DORCUS BAINBRIDGE. Respondent, *v.* HENRY E. RICHMOND, Appellant.

(Submitted October 2, 1879 ; decided November 11, 1879.)

Reported below, 17 Hun, 391.

*Nathaniel Foote* for appellant.

*J. A. Stull* for respondent.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.